UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN KURATNICK, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:19-CV-01169-JCH |
| vs. ) | |
| ) | |
| VOGLER & ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, by and through its attorney, and for its response to Plaintiff's Complaint, states as follows:

1. Defendant admits the statements and allegations contained in paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the statements and allegations contained in paragraph 2 of Plaintiff's Complaint.

3. Defendant denies the statements and allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Defendant denies the statements and allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Defendant denies the statements and allegations contained in paragraph 5 of Plaintiff's Complaint.

6. Defendant denies the statements and allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Plaintiff can neither admit nor deny the statements and allegations contained in paragraph 7 of Plaintiff's Complaint, and therefore, denies same.

8. Plaintiff can neither admit nor deny the statements and allegations contained in paragraph 8 of Plaintiff's Complaint, and therefore, denies same.

9. Defendant denies the statements and allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the statements and allegations contained in paragraph 10 of Plaintiff's Complaint.

11.   Defendant denies the statements and allegations contained in paragraph 11 of Plaintiff's Complaint.

12.   Defendant denies the statements and allegations contained in paragraph 12 of Plaintiff's Complaint.

13.   Defendant denies the statements and allegations contained in paragraph 13 of Plaintiff's Complaint.

14.   Defendant denies the statements and allegations contained in paragraph 14 of Plaintiff's Complaint.

15.   Defendant denies the statements and allegations contained in paragraph 15 of Plaintiff's Complaint.

16.   Defendant denies the statements and allegations contained in paragraph 16 of Plaintiff's Complaint.

17.   Defendant denies the statements and allegations contained in paragraph 17 of Plaintiff's Complaint.

18.   Defendant denies the statements and allegations contained in paragraph 18 of Plaintiff's Complaint.

19.   Defendant denies the statements and allegations contained in paragraph 19 of Plaintiff's Complaint.

20.   Defendant denies the statements and allegations contained in paragraph 20 of Plaintiff's Complaint.

21.   Defendant denies the statements and allegations contained in paragraph 21 of Plaintiff's Complaint.

22.   Defendant denies the statements and allegations contained in paragraph 22 of Plaintiff's Complaint.

23.   Defendant denies the statements and allegations contained in paragraph 23 of Plaintiff's Complaint.

24.   Defendant denies the statements and allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Defendant denies the statements and allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Defendant denies the statements and allegations contained in paragraph 26 of Plaintiff's Complaint.

27. Defendant denies the statements and allegations contained in paragraph 27 of Plaintiff's Complaint.

28. Defendant denies the statements and allegations contained in paragraph 28, 28(a), 28(b), 28(c), and 28(d) of Plaintiff's Complaint.

WHEREFORE, Plaintiff requests this Court to dismiss Plaintiff's Complaint; and for such other and further relief as the Court deems just and proper.

VOGLER & ASSOCIATES, LLC

By: _____
MICHAEL A. KASPEREK   #32036MO
Attorney for Defendant
11756 Borman Drive, Suite 200
St. Louis, MO 63146
(314) 567-7970
(314) 567-5053 (Fax)
E-Mail: voglaw@earthlink.net

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this 29 day of July, 2019, upon ___ the Clerk of the Eastern District of Missouri, Eastern Division, via CM/ECF; upon ___ Bryan Brody, Attorney for Plaintiff, via CM/ECF; and upon ___ Alexander Cornwell, Attorney for Plaintiff, via CM/ECF.

/s/ Michael A. Kasperek

94198 072919 MAK/jh